ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HENRY BRASWELL, ID # 759831,  )  <br> Petitioner,  ) <br> vs.  ) <br>  ) <br> DOUGLAS DRETKE, Director,  ) <br> Texas Department of Criminal  ) <br> Justice, Correctional Institutions Division,  ) <br> Respondent.  ) | No. 3:02-CV-0342-M |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the objections to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

SIGNED this 2nd day of May, 2005.

_____
UNITED STATES DISTRICT JUDGE